UNITED STATES of America, Appellee,

v.

Howard James BEAVER, Appellant.

No. 12004.

United States Court of Appeals Fourth Circuit.

Argued May 8, 1968.

Decided May 17, 1968.

George P. Davis, Jr., Murphy, N. C. (Court-appointed counsel) [McKeever & Edwards, Murphy, N. C., on the brief], for appellant.

Wm. Medford, U. S. Atty. (William M. Styles, Asst. U. S. Atty., on the brief), for appellee.

Before HAYNSWORTH, Chief Judge, and BRYAN and BUTZNER, Circuit Judges.

PER CURIAM:

Howard James Beaver appeals his conviction of violating 15 U.S.C. § 902(e) (interstate transportation of a firearm) and 18 U.S.C. § 2312 (interstate transportation of a stolen motor vehicle). Upon consideration of the briefs and oral argument, we find no error. The judgment is affirmed.

Affirmed.

Ollie ALSOBROOKS, Appellant,

v.

John W. GARDNER, Secretary of Health, Education, and Welfare, Appellee.

No. 22587.

United States Court of Appeals Fifth Circuit.

May 22, 1968.

Lampton O. Williams, Poplarville, Miss., for appellant.

Morton Hollander, Martin Jacobs, William Kanter, Attys., Dept. of Justice, Washington, D. C., for appellee.

Before GEWIN and COLEMAN, Circuit Judges, and McRAE, District Judge.

ORDER DENYING PETITION FOR REHEARING

PER CURIAM:

On the authority of the decision of the Supreme Court in Hopkins, Petitioner v. Cohen, Acting Secretary of Health, Education, and Welfare, 390 U.S. 530, 88 S.Ct. 1146, 20 L.Ed.2d 87, decided April 2, 1968, it is

Ordered that the Petition for Rehearing in this cause is hereby

Denied.